# Exhibit 1

**Sent:** Wednesday, May 15, 2024 1:31 AM
**To:** peterw@osaa.org <peterw@osaa.org>
**Cc:** Kelly Foster <kellyf@osaa.org>
**Subject:** OSAA policy on transgender athletes ramifications

Peter,

I am writing first as the Lake Oswego HS head track coach but secondarily as coach in the sport at Olympic, NCAA and professional ranks for decades prior to my current position. The impending competition of a high level transgender athlete for McDaniel HS has placed the OSAA policy in national and world eyes and is going to serve as a major distraction for all the athletes attending to compete and celebrate the culmination of their sport. The current policy has major flaws that are inviting the discrediting of the entire existence and value of female athletics. Personally, it will impact my athletes in the 400 meters directly and play a role in who qualifies for finals and is awarded team trophies.

Having watched the McDaniel athlete at the Sherwood Invitational and Dean Nice Invitational I can assure you that this athlete has significant improvement to gain and could do so quickly enough to win not just the 200 meters they are state leader in but the 400 meters where my 2-time defending state champion Josie Donelson looks to lower her personal best which is a state record that she broke earlier this year that had stood for 20 years. Many coaches observing have felt the McDaniel athlete has been holding back, fearing that running too fast will bring a reversal in the rule. Being only a second off my athlete who ranks 7th in the nation in HS in the 400 meters is inviting heightened national attention to the issue. In the PIL district meet the athlete competing caused the other top athletes to lose focus and break down technically, physically and emotionally. The damage to all the natural born female competitors is real and devastating. I coached professionally when Caster Semenya was competing legally for 3 years as an intersex athlete before scientific studies proved the obvious and her and 3 other world-level intersex athletes were forced to consume hormone therapy drugs in able to compete. Once they did they were not competitive. But until then for 3 years my athletes and others had to compete with these athletes and it caused more injuries or eventually more athletes to exit the sport in exasperation and frustration at competing in an uneven playing surface. That is the case with the McDaniel athlete. You are robbing these girls of a podium spot, a spot in the finals, altering race plans and making all the female athletes question why are their rights being ignored? Its plainly clear to every track coach in the Portland metro area I have spoken with that by next year if allowed this athlete will break Mia Brahe-Pedersen's state records and her NFHS national record. Allowing this travesty to be carried out is making a complete mockery of the meet this weekend and in the future until the rules are altered to protect natural born females.

If Josie runs an Olympic Trials performance as is possible but the McDaniel athlete also does so, then Josie can go to the Olympic Trials but the McDaniel athlete is ineligible due to IOC and WA and USATF regulations. The existence of this world-wide policy is based on scientific evidence that also exists for teen athletes. USATF Statement Regarding Transgender/Transsexual Policy |

USA Track & Field. This addresses the overriding concern when conflicting individuals' rights are being considered. Transgender track athletes can't compete with women: World Athletics Council : NPR

(Edit note: Original letter had my commenting on 2 transgender athletes on my team but to not bring added focus to them I am omitting this brief comment)The policy is subjecting these adolescent children to too much politicization of their competition. When the McDaniel athlete wins the condemnation by the vast majority of media is going to overwhelm all other aspects of the meet for not just 6A girls in the 200 and 400 but for all athletes at the meet.  This weekend's meet is going to be the focus of US and international media only because of the failure of the OSAA to consider in their competition rules the impact on natural born girls.

The OSAA already has state meet events for para athletes in wheelchair and Unified competition. The solution to trans athletes is to have an open category like a gender neutral bathroom. Allows competition opportunities but doesn't make a mockery of the reason females compete in their own category. As a social studies educator for 30 years I 100% support transgender students in every educational, academic and societal situation except in athletics where their bodies have a major physical and hormonal advantage. The McDaniel athlete admitted a month ago in a newstory that they wanted to take the hormone adjusting drugs so they didn't have this advantage. When the individual is admitting this then it's the administrators that are failing. I have 2 trans extended family members and neither support male to female trans athletes competing in female divisions because they said it draws only negative attention to the trans community, alienating too many in society they wish to gain the support of in other transgender legal efforts.

Friday in the 200 and 400 a 9th athlete should be advanced to the final should in the future the rules be altered to disallow trans athletes from competing so as to allow no female athlete to suffer from this erroneous decision any more than is possible. There will be shining moments crossing finish lines and standing atop podiums that will be forever lost however, even if retroactively the natural born female athlete are later given their proper medals. They will never get back the moments they earned.

Sincerely,

John Parks
Lake Oswego HS