# Exhibit 2

**From:** Peter Weber <peterw@osaa.org>
**Sent:** Tuesday, July 2, 2024 8:34 PM
**To:** Springer, Dan <Dan.Springer@FOX.COM>; Steve Walker <stevew@osaa.org>
**Subject:** [EXTERNAL] RE: Transgender Policy: Fox News Inquiry

Thanks Dan. The email that John Parks sent our office didn't violate either the Gender Identity Participation policy or Rule 3 in our Handbook. The OSAA shared his email with the school's athletic department shortly after it had been received in mid-May, as we typically loop in a school's athletic director when a coach reaches out to our office directly. We became aware of an investigation when contacted by Lake Oswego HS in late May/early June.

Be well,

Peter



**PETER WEBER**

**EXECUTIVE DIRECTOR**

**O** 503.682.6722 X231
PETERW@OSAA.ORG

    

25200 SW PARKWAY AVE. STE. 1, WILSONVILLE, OR 97070

**From:** Springer, Dan <Dan.Springer@FOX.COM>
**Sent:** Tuesday, July 2, 2024 2:10 PM
**To:** Peter Weber <peterw@osaa.org>; Steve Walker <stevew@osaa.org>
**Subject:** RE: Transgender Policy: Fox News Inquiry

Peter,

In your opinion, did John Parks' letter/email to you regarding his desire to see changes to the transgender participation policy violate either of these highlighted OSAA policies? Did you share his letter to you with officials at Lake Oswego HS? Were you aware that John Parks was under investigation at Lake Oswego HS for possible violations of school policy?

Thanks,


Dan

**From:** Peter Weber <peterw@osaa.org>
**Sent:** Tuesday, July 2, 2024 3:11 PM
**To:** Springer, Dan <Dan.Springer@FOX.COM>; Steve Walker <stevew@osaa.org>
**Subject:** [EXTERNAL] RE: Transgender Policy: Fox News Inquiry


Thanks Dan.  Out of the office at a conference and vacation, sorry for the delay in responding.


Here is a link to the OSAA's Gender Identity Participation policy: https://www.osaa.org/docs/handbooks/osaahandbook.pdf#page=80.


We have no new rules prohibiting criticism of any OSAA policy.   We do have rules regarding sportsmanship and spectator conduct in our Handbook that were updated back in 2019 following legislative directives that required procedures for addressing harassment and intimidation at interscholastic contests (HB 3409): https://www.osaa.org/docs/handbooks/osaahandbook.pdf#page=30.  The STAR initiative was introduced following that legislation taking effect.  Public address announcements promoting the STAR initiative are read at nearly all high school events in Oregon, regular season and state championships.


Let me know if you have other questions.


Be well,

Peter




**PETER WEBER**

**EXECUTIVE DIRECTOR**

**O** 503.682.6722 X231
PETERW@OSAA.ORG

25200 SW PARKWAY AVE. STE. 1, WILSONVILLE, OR 97070

**From:** Springer, Dan <Dan.Springer@FOX.COM>
**Sent:** Tuesday, July 2, 2024 11:14 AM
**To:** Steve Walker <stevew@osaa.org>
**Cc:** Peter Weber <peterw@osaa.org>
**Subject:** RE: Transgender Policy: Fox News Inquiry

Peter,

If you have replied I missed it. I have since obtained the letter John Parks sent to you on May 15 regarding the OSAA policy on transgender athletes. I need to discuss for my story.

Thanks,

Dan

**From:** Steve Walker <stevew@osaa.org>
**Sent:** Monday, July 1, 2024 2:34 PM
**To:** Springer, Dan <Dan.Springer@FOX.COM>
**Cc:** Peter Weber <peterw@osaa.org>
**Subject:** [EXTERNAL] Re: Transgender Policy: Fox News Inquiry

Hi Dan. I cced OSAA Executive Director Peter Weber. His phone number is 503-682-6722 ext 231.

Pete - please below and reply all.

Thank you.

Steve Walker

Oregon School Activities Association

stevew@osaa.org

503-860-7683

**From:** Springer, Dan <Dan.Springer@FOX.COM>
**Sent:** Monday, July 1, 2024 1:58:54 PM
**To:** Steve Walker <stevew@osaa.org>
**Subject:** Transgender Policy: Fox News Inquiry

Hi Steve,

I'm with Fox News Channel and currently looking into the firing of John Parks. Can you send me the OSAA policy regarding transgender athlete participation? Also, I heard on the radio this morning that OSAA has some new rules pertaining to student athletes and their criticism of the transgender policy. If there is something new there can you send me that as well. The report I heard made it sound like students could not voice opposition to the OSAA policy on allowing transgender athletes to participate even when there is a clear competitive advantage. If I'm getting that wrong, please let me know.

Thanks,


Dan Springer

National Correspondent

Fox news Channel

Seattle Bureau

(206) 770-9642