# Exhibit 3

May 24, 2024

Dear Mr. Bailey and Mr. Ramirez,

As a representative of Senior leadership for Portland Public Schools and as a member of the OSAA Executive Board, who has been appointed as the state representative for Equity, Diversity and Inclusion, I was appalled, disappointed and embarrassed for Lake Oswego and Salem Keizer School districts because of the behavior of one of your employees.

All students deserve the ability to compete in interscholastic events without feeling discriminated against or fearful of how they will be treated at an event. Unfortunately, one of your educators, John Parks, went out of his way to make a PPS African American Transgender track athlete feel unwelcome and discriminated against throughout the 23-24 track season and at the OSAA 6A State Championships in Eugene.

Park's behaviors were premeditated, calculated and discriminatory in an effort to deny our student's participation at the state tournament and to create a hostile environment to shame our student. Here are specific examples of the harassing discriminatory behavior:

A. [Yes] Sent email to OSAA in an effort to stop our student from participating at the state track meet.
B. Contacted coaches from other schools prior to the state tournament asking them to submit letters, emails and call OSAA office to deny our student an opportunity to participate in the OSAA state tournament
C. [No] Contacted coaches from other schools telling them to boycott medal presentation at state tournament
D. [No] Coordinating phone calls with coaches to contact our families of student athletes related to state tournament participation
E. [No] Harassing our student athletes and their families prior and during the state tournament forcing them to participate in his personal agenda though calls, email and on site inquires
F. [No] Speaking negatively to our transgender student athlete on the podium at the medal presentation for the 200 M race.
G. [No] Communicating with student athletes at the state tournament, recommending they not participate in medal presentation if our student won either the 200 M or 400 M race
H. [No] Riling up state tournament spectators in stands, including a large contingent from the Lake Oswego community to "boo" our student athlete during the medal presentation

As a TSPC licensed educator Mr. Parks behaviors (which are highlighted) are in direct contradiction to TSPC Standards of both an Component Educator and Ethical Educator.