# Exhibit 4

To: John Parks, Track Coach

From: Kristen Colyer, Principal

Cc: Chris Coleman, Athletic Director/Assistant Principal
Donna Watson, Executive Director, Human Resources
Lou Bailey, Executive Director, Secondary Schools

RE: Complaint Findings and Summary

Date: June 12, 2024

*Teri@OSEA.org*

## Introduction

This investigation is to determine if district policies and procedures were followed prior to the OSAA State Track meet and during the OSAA State Track meet.

## Allegations:

- On Friday, May 24, 2024, Marshall Haskins Senior Director- PIL Athletics/ PPS, filed a complaint that Coach John Parks violated the Lake Oswego School District policy *AC - Nondiscrimination* by discriminating against a McDaniel High School transgender athlete.

## Findings:

The findings are based on interviews with Coach John Parks, student-athletes and coaches.

- There is evidence that Athletic Director, Chris Coleman, directed Coach Parks not to discuss issues related to transgender athlete participation in athletic events, specifically at the OSAA state track meet.
- There is evidence that John Parks sent an email to OSAA as a representative of Lake Oswego High School in an effort to stop the transgender student-athlete from McDaniel High School from participating in the state track meet. This is a violation of school board policies: *AC - Nondiscrimination and JFCF - Hazing, Harassment, Intimidation, Bullying, Menacing, Cyberbullying, Teen Dating Violence, or Domestic Violence.*
- There is evidence that he contacted coaches from other schools as the Lake Oswego High School track coach prior to the state tournament asking them to submit letters and emails and call the OSAA office to deny the transgender student-athlete from McDaniel High School an opportunity to participate in the OSAA state track meet. This is a violation of school board policies: *AC - Nondiscrimination and JFCF - Hazing, Harassment, Intimidation, Bullying, Menacing, Cyberbullying, Teen Dating Violence, or Domestic Violence.*
- There is evidence that John Parks communicated with student-athletes at the state meet, recommending they not participate in medal presentation if transgender student-athletes from McDaniel High School won either the 200 M or 400 M race. This is a violation of school board policies: *AC - Nondiscrimination and JFCF - Hazing, Harassment, Intimidation, Bullying, Menacing, Cyberbullying, Teen Dating Violence, or Domestic Violence.*
- There is evidence that Coach John Parks spoke with coaches, student-athletes, and their families before and during the state meet regarding what their athletes' plans were if the

transgender student were to win and be on the medal stand. This is a violation of school board policies: AC - Nondiscrimination and JFCF - Hazing, Harassment, Intimidation, Bullying, Menacing, Cyberbullying, Teen Dating Violence, or Domestic Violence.
- There is no evidence that John Parks spoke directly to the McDaniel transgender student-athlete on the podium at the medal presentation for the 200 M race.
- There is evidence that Coach John Parks spoke to the McDaniel transgender student-athlete on the podium during the medal presentation for the 400 M race. However, there is no evidence that this interaction was positive or negative.
- There is no evidence that John Parks was riling up state tournament spectators in stands, including a large contingent from the Lake Oswego community to "boo" the transgender student-athlete from McDaniel High School athlete during the medal presentation.
- There is evidence that Coach John Parks was insubordinate to the directive given by the Athletic Director not to discuss issues related to transgender athlete participation in athletic events, specifically the OSAA state track meet.

Summary

After reviewing all of the information and circumstances around this incident, there is a preponderance of the evidence that indicates that Coach John Parks was insubordinate and discriminated against the McDaniel High School transgender athlete. This violates board policies AC - Nondiscrimination and JFCF - Hazing, Harassment, Intimidation, Bullying, Menacing, Cyberbullying, Teen Dating Violence, or Domestic Violence.

Follow-up with Coach John Parks is necessary. As personnel issues are not discussed, specific information regarding the follow-up will not be available to the complainant.

If this internal review does not solve the complaint, within 10 working days of the written response from the supervisor, the complainant may file a written, signed complaint with Mr. Lou Bailey, Executive Director, Secondary Schools, clearly stating the nature of the complaint and a suggested remedy.

A written copy of these findings was sent to all involved parties on Wednesday, June 12, 2024. You will have 10 working days after receiving these findings and the summary to appeal.