# Exhibit 5

 **Lake Oswego High School**

June 12, 2024

Dear Mr. Parks,

Following a thorough investigation into the events that transpired during the past track season, the preponderance of the evidence is that your actions and behaviors displayed towards a transgender athlete were in violation of the Lake Oswego School District School Board Policies AC - Nondiscrimination and FCF - Hazing, Harassment, Intimidation, Bullying, Menacing, Cyberbullying, Teen Dating Violence, or Domestic Violence.

As an educational institution, we are committed to providing a safe and inclusive environment for all students. In light of these findings, the Lake Oswego School District has decided that the District cannot support your actions and behaviors. The length of any coaching contract is for the current season only. Consequently, we will open the cross country and track coach positions for Lake Oswego High School for the 2024-25 school year.

Thank you for your understanding and cooperation.

Sincerely,

Kristen Colyer
Principal

2501 Country Club Road, Lake Oswego, OR 97034 • 503-534-2313 • losdschools.org/LOHS