# Exhibit 7

John Parks
19065 Nixon Avenue
West Linn, OR 97068


May 31, 2024


Dear Senator Wagner,

We met 5 years ago when you took a meeting with me on pushing legislation to mandate financial literacy and civics be required courses for graduation. Happy to see my proposals come to fruition since then. I am now the head track coach at Lake Oswego HS and wanted to address a big concern of mine that I understand you spoke to one of my team parents, Shelley Prael, 2 weeks ago on. She said you felt the OSAA was misinterpreting ORS 659A.030 by allowing transgender athletes to compete in girl's varsity sports. In particular in the 6A state track meet the issue became an unfortunate controversy with absolutely no winners.

Your leadership on this issue is critical. I have taught social studies for nearly 3 decades and vigorously fought to teach and support transgender rights in all areas of society except in athletics where they have a superior advantage athletically. This issue is not a political issue! It is a scientific issue! A biological and anatomical issue! It is a major afront to Title IX's intent and continued existence. Those on the right that are transphobic are using this to attack the trans community. Those on the left are aghast that the exception is being made for such competition because of the inequality of the competition and because it undermines support for the transgender community. The result on May 18 in Eugene was a loud crowd booing when the trans athlete was awarded the winning medal in the 200. Most weren't booing the athlete; they were booing the OSAA for allowing this situation to develop. A solution is needed and needed fast.

In the meet the trans athlete, a sophomore from McDaniel HS, was awarded the girls 200 title in a time that if it were recognized by national authorities that rank track athletes, would place them in top 10 in nation. This athlete was 2nd in the 400 meters, nearly defeating my athlete who is the fastest in Oregon history but had to run .34 seconds faster to win on her previous best mark in the event. She broke the all-time record in the 400 earlier this year that was set 25 years ago. The trans athlete was only a tenth of a second behind with less-than-ideal running technique having just started the sport 2 months ago. My athlete has trained hard for nearly a decade and is ranked 6th in the US. If the trans sprinter were competing with their birth gender, they would not qualify for the finals in their district track meet in the PIL boys 200 and 400. But by simply declaring their gender identity change they are destroying the dreams of girls who are forced to compete against athletes that biologically are at a huge advantage. We start splitting genders in sport at around ages 10 to 12 because puberty and adolescence bring these changes that are not debatable.

Most states do not allow this. The International Olympic Committee has not allowed transgender participation in female sports since 1968 and requires testing and hormone treatment of those that wish to identify as female and compete before they are allowed to compete. The next high school competition at Hayward Field will be the NSAF Nike HS Outdoor Track & Field Championship on June 12-15. Here is their policy on transgender competition: Nike Outdoor Nationals - Meet Info - NSAF Transgender Policy (runnerspace.com). It states that all transgender athletes must meet the scientific threshold that are used internationally.  My athlete qualified to compete in the meet and will be among the contenders to win a national individual and relay championship. The transgender athlete is ineligible due not because their times are insufficient but because of this policy. Same venue, different rules. Same for the USA Track & Field Under 20 National Championships that my athlete will enter with strong possibility of qualifying for the World Under 20 Championships at the end of August. The transgender athlete is not eligible. The OSAA competition rules need to be aligned with what the rest of the world competes under.

My proposal to encourage transgender participation is to offer an open division that is so named so it doesn't identify or discriminate but offers an opportunity to participate. The OSAA already offers competition for wheelchair athletes, para-athletes and special ed students with Unified sports. I have 2 wonderful trans athletes that I know of on my own team. One won our girls league junior varsity cross country championship race in October. Standing atop the awards podium was traumatic for her to the point she was heavily crying as tears ran down her face. She hasn't had the same desire to compete since because she knew she was stealing a moment from another girl who didn't have the advantages she had as a boy just 4 months earlier as a freshman in track. We should offer the open competition and when there is insufficient competition allow it in non-championship junior varsity with other athletes they identify with.

If something is not done to change the OSAA policy that national record that another of my athletes, Mia Brahe-Pedersen set last year in the 100 meters will be broken as the athlete from McDaniel is just a sophomore and easily will accomplish this. 6 weeks after her record run last year Mia was a finalist in the USA National Championships (and that qualified her for the same level of event this summer, the Olympic Trials) where she became the first high school junior class or younger athlete to EVER qualify for the finals of 2 events in track's overall nationals that includes almost exclusively professional and collegiate athletes.

OR659A.030 prohibits discrimination in employment on the basis of protected classes, including gender identity. This is an employment law. There's a regulation that provides that discrimination against students based on gender identity is prohibited. The regulation further states that a school district shall not refuse participation on any discriminatory basis. OAR 581-021-0046. The reg continues to state that this does not prohibit grouping students "by ability." If this were followed, then the OSAA would rightly offer a separate category of competition "by ability" as trans athletes have superior ability. The issue was similar in Washington last week where the 2A 400-meter girls title was awarded to a trans athlete. Oregon needs to quickly act on this as if we don't what was asked by 2 West Linn

boys last year looking to protest will take over female athletics. These 2 boys asked their AD if they could become girls and still play football then play girls basketball and track. They want to demonstrate the rule is unfair to girls. They chose not to do so but its only a matter of time.

Some of my team parents are legal consultation to change these laws as Shelley may have revealed. I was accused of discrimination in a letter by the Portland Public Schools athletic director merely for writing a letter my AD approved of, discussing the issue and proposing a change like I have proposed here and for having discussions with others on the issue. I am far from the only coach concerned with the policy. Why should my defense of female athletics cause me to be targeted?

I am happy to meet with you in person to discuss this further, but I mostly urge you to take leadership on this issue this summer and get the current law properly interpreted or get the law changed so all can be winners and we don't have booing of our state champions in track and field. The law should be titled "We Cheer For All Athletes."

Sincerely,

John Parks