# Exhibit 8

# JOHN D PARKS

**19065 Nixon Avenue, West Linn, Or – <john.parks.pdx@live.com>  503-930-4307**

My coaching career has been a mix of Olympic, professional, collegiate & high school track and field specializing in sprints, hurdles, distance and jump events. I have coached 9 Olympic and World Championship medalists and 16 NFL players and have coached at least one participant in the US Olympic Track and Field Trials each meet since 1988. Also have had dual career in education, 28 years as HS educator in teaching social studies with majority in Economics and Government.

## PROFESSIONAL EXPERIENCE – TEACHING AND COACHING (PROFESSIONAL, COLLEGIATE & HIGH SCHOOL

LAKE OSWEGO HIGH SCHOOL – 2023 to present. Head coach track and cross country.
- 2-time 6A Girls team champions 2023 & 2024, Coached all-time National 100m record-holder in HS only competition.Coached all-time Oregon record-holders in girls 100, 200, 400, 300 hurdles, 4x200, 4x400. Oregon HS coach of the year  - USTFCCCA & OACA. 13 Oregon individual and relay state titles.

ULTIMATE SPEED ATHLETICS – 2009 to present & SPORT SPEED DEVELOPMENT 1992 - 1994
Director & Founder – Head coach of sports training business of NFL & Olympic level athletes and developmental speed training for athletes in all sports
- Coach of 6 Olympic medal winning athletes including former World Record holder of 21 and under 100m record
- Trained or coached 9 current or recent (since 2017) NFL players including 1st round draft choices Marlon Humphrey & Brandin Cooks.
- Train Mia Brahe-Pedersen, US leader in 100 & 200 in 2022. Trained 9 Lake Oswego HS athletes over past 4 years including Casey Filkens, Lake Oswego (2018-21). Privately coached HS athletes that earned athletic scholarships to Stanford, U of Oregon, Boise State, Auburn, Florida State, LSU, Oregon State from 2017-2021

OREGON STATE UNIVERSITY Corvallis, Oregon, 2010-2014
Assistant coach
- Responsible for the coaching of women's track team members in sprints, hurdles, relays and horizontal jumps as well as football team members in sprints, relays, hurdles and high jump and triple jump.
- Guided first 4x100 relay team at Oregon State in 24 years to All-Pac 12 honors in 2012. Coached 3 OSU 60 meter record setters Markus Wheaton, Keynan Parker & Brandin Cooks, all 3 ranking in the top 5 in the Pac12 in the event each year.

PORTLAND STATE UNIVERSITY Portland, Oregon, 2008 – 2009
Assistant coach track and field and head cross country coach
- Responsible for team travel & recruiting, for the men and women's distance and cross country team. Meet director for Big Sky Conference Cross Country Championship meet. Six school record setters and seven All-Big Sky Conference performers as well as US Junior 800 meter All-American

WILLAMETTE UNIVERSITY Salem, Oregon, 1999 – 2002
Assistant coach for multi-events, hurdles and high jump
- 2 NCAA Division III National Champions in decathlon and high jump. Athletes set 4 school records

AUBURN UNIVERSITY Auburn, Alabama, 1988 – 1992
Assistant Men's and Women's Track Coach
- Directed coaching in multi-events and throws and assisted in sprints, hurdles and jumps. Director of team strength program. Directed award winning sports media for track team.
- Coached 1 World Champion, 1 NCAA champion, 15 SEC Champions and 38 NCAA National meet qualifiers
- Coached Alexander Wright, winner in NFL Fastest Man competition 3 years in a row. Coached 7 other NFL players at Auburn. Coached 2 future Olympic medalist and 14 US Olympic Trials qualifiers.
- Director of all home meets including SEC and USATF national meets. Director of summer HS camps.

UNIVERSITY OF ALABAMA-BIRMINGHAM Birmingham, Alabama, 1985 - 1988
Head Women's Track and Field and Cross Country Head Coach. Founded program from scratch.
- Responsible for entire program recruiting, coaching and administrative duties and overseeing and recruitment of volunteer only assistant coaches. Had NCAA All-American & Olympic Trials qualifier in heptathlon
- Defeated defending NCAA champion Alabama in a 4-way meet in just 3rd year of program's existence
- 1986 Sun Belt Conference Coach of the Year & 1988 Conference team champions in track and field

## PROFESSIONAL EXPERIENCE – HIGH SCHOOL COACHING - TRACK & FOOTBALL

STAYTON HIGH SCHOOL Stayton, Oregon, 2007 & 2008
Assistant coach for sprints, hurdles, relays and jumps
- Had 1 state champion in 100 hurdles, 6 All-State performers and 8 league champions and 11 state qualifiers
- Four athletes received scholarships to compete in college. Both years team finished highest ever in league boys and girls

MCKAY HIGH SCHOOL Salem, Oregon, 2000–06
Head coach for both track and cross country teams.
- Coached all-time Oregon HS state record setters in 100 & 200 meters & 4x100 and 4x200 meters. Six HS All-American performances, 4 state champion and athletes set total of 29 school records.
- Six-time league champions & 2001 and 2002 teams ranked in top 20 in US national team rankings. Cross country team qualified to state 2 times, only times in school history still to present 32 athletes received college scholarships. 8 US Junior National qualifiers.
- Fund-raised over $200,000 during tenure in a low socio-economic school

PELHAM HIGH SCHOOL Pelham, Alabama, 1996-99
Head coach for both track and cross country teams.
- 4 state 6A team champions in indoor and outdoor track and cross country. 1998 & 1999 teams in top 10 in US national team rankings. Coached all-time Alabama HS state record setters in 800, 1600, 3000 and 3200 meters
- 25 HS All-American performances. Athletes set total of 21 school records. 38 athletes received athletic scholarships to compete in college track and cross country including Oregon, Auburn, LSU, Oklahoma, Florida, Virginia, Alabama and Clemson. 3 state Gatorade Athlete of the Year award winners.
- Head freshman football coach on team that went unbeaten with QB who went on to start 3 years at Alabama
- Led fund-raising of $425,000 for new track facility and team travel

HEWITT-TRUSSVILLE HIGH SCHOOL Trussville, Alabama, 1995-96
Assistant coach for track and field and head coach for middle school football team
- Track athletes earned 5 state individual titles and 4 earned SEC scholarships with Alabama, LSU, Georgia and Kentucky
- Football team went unbeaten & would later produce 4 SEC scholarship players and a starting QB at Auburn

MOUNTAIN BROOK HIGH SCHOOL Mountain Brook, Alabama, 1992-94
Assistant coach for both track and cross country teams coaching in all event areas
- Coached all-time Alabama HS state record setter in 800m, 2 HS All-American performances. Athletes set total of 7 school records and 2 state all-time records with 15 earning college scholarships. Teams won 10 Alabama 6A state titles.

HIGH SCHOOL TEACHER – 1995 to present
Social Studies teacher with 27 years experience teaching Economics, Government and US and World history.
- Lake Oswego HS, Lake Oswego, Oregon – 2023 to present
- West Salem HS, Salem, Oregon – 2009 to 2023
- McKay HS, Salem, Oregon – 1999 to 2009
- Pelham HS, Pelham, Alabama – 1996 to 1999
- Hewitt-Trussville JH, Trussville, Alabama – 1995 to 1996

## PROFESSIONAL EXPERIENCE – PUBLISHING & MEET DIRECTOR

PUBLISHER & EDITOR
- Collegiate Track Weekly – national newsletter of all levels of college track – 1990-1994
- The Harrier, national cross country magazine – 1988-1990
- Southern Track – regional newsletter for HS & college track and field – 1986-1989
- Collegiate Track Annual – year-end summary book of college track – 1991-1993
- Inside Track – newsletter covering track and cross country – 1981-1995
- Track & Field News – contributing writer and correspondent – 1981 – 2002

MEET DIRECTOR – In addition to college conference meets noted above:
- Vulcan Classic, Birmingham, Alabama, 1983 to 1999 - HS and college meet developed from scratch into what USA Today called in 1995 "nation's best cross country meet" with teams from over 20 states annually attending.
- 1995 World Cross Country Trials, Birmingham, Alabama
- 1992 USATF Youth National Championships, Auburn, Alabama
- 1986 and 1992 AAU National Cross Country Championships, Birmingham, Alabama

**EDUCATION: B.A. Communication (Broadcast & Journalism) – AUBURN UNIVERSITY – Auburn, Alabama**
**M.A. Secondary Education in Teaching – UNIVERSITY OF MONTEVALLO – Montevallo, Alabama**