Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
Taylor B. Lewis, OSB No. 164263
E-mail: tbl@hartwagner.com
Zachariah H. Allen, OSB No. 122729
E-mail: zha@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
   *Of Attorneys for Defendants*
   *Lake Oswego School District and*
   *Lake Oswego School Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN PARKS**,<br><br>    Plaintiff,<br><br>v.<br><br>**LAKE OSWEGO SCHOOL DISTRICT; LAKE OSWEGO SCHOOL BOARD; OREGON SCHOOL ACTIVITIES ASSOCIATION; PORTLAND PUBLIC SCHOOLS; and MARSHALL HASKINS, individually and *in his representative capacity for* OREGON SCHOOL ACTIVITIES ASSOCIATION *and* PORTLAND PUBLIC SCHOOLS**,<br><br>    Defendants. | Case No. 3:24-cv-1198-JR<br><br>**DECLARATION OF DONNA WATSON IN SUPPORT OF LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Donna Watson, do hereby declare as follows:

1.    I am the Executive Director of Human Resources at Lake Oswego School District

Page 1 -   DECLARATION OF DONNA WATSON IN SUPPORT OF LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

(District) and oversee hiring and other personnel matters for the District and our component schools, one of which is Lake Oswego High School ("LOHS"). I make this declaration in support of defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

2.   The District posted a job opening for the Fall 2024 cross-country head coaching position at LOHS on June 17, 2024. The position was kept open until July 18, 2024. The position has been filled. Plaintiff John Parks did not submit an application for that position.

3.   The District posted a job opening for the Spring 2025 track head coaching position at LOHS on June 17, 2024. The position was kept open until September 20, 2024. The position has been filled. Plaintiff John Parks did not submit an application for that position.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 18 day of October, 2024.

By: _____
Donna Watson

Page 2 -   DECLARATION OF DONNA WATSON IN SUPPORT OF LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2024, I served the foregoing **DECLARATION OF DONNA WATSON IN SUPPORT OF LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** on the following parties at the following addresses:

> Luke D. Miller
> Miller Bradley Law LLC
> 1567 Edgewater St NW PMB 43
> Salem OR  97304
> office@millerbradleylaw.com
>
> M.E. Buck Dougherty III
> Liberty Justice Center
> Building 2
> 13341 W. U.S. Highway 290
> Austin, TX 78737
> bdougherty@libertyjusticecenter.org
>    *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

                                                */s/Taylor B. Lewis*
                                                Taylor B. Lewis

Page 1 - **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile:  (503) 222-2301**