Karen O'Kasey, OSB No. 870696
E-mail: kok@hartwagner.com
Taylor B. Lewis, OSB No. 164263
E-mail: tbl@hartwagner.com
Zachariah H. Allen, OSB No. 122729
E-mail: zha@hartwagner.com
HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301
  *Of Attorneys for Defendants*
  *Lake Oswego School District and*
  *Lake Oswego School Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN PARKS**, <br><br> Plaintiff, <br><br> v. <br><br> **LAKE OSWEGO SCHOOL DISTRICT; LAKE OSWEGO SCHOOL BOARD; OREGON SCHOOL ACTIVITIES ASSOCIATION; PORTLAND PUBLIC SCHOOLS; and MARSHALL HASKINS, individually and *in his representative capacity for OREGON SCHOOL ACTIVITIES ASSOCIATION and PORTLAND PUBLIC SCHOOLS***, <br><br> Defendants. | Case No. 3:24-cv-1198-JR <br><br> **LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S MOTION FOR EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT** |

/ / /

/ / /

**Page 1 -** LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S MOTION FOR EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT

**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

## LR 7-1(a) CERTIFICATION

Pursuant to LR 7-1, the undersigned certifies that counsel for defendants Lake Oswego School District and Lake Oswego School Board conferred with counsel for plaintiff and plaintiff does not oppose this motion.

## MOTION

Defendants Lake Oswego School District and Lake Oswego School Board ("Moving Defendants") respectfully request an extension of time, up to and including November 19, 2024, to respond to plaintiff's First Amended Complaint. Moving Defendants request this extension because Moving Defendants lead counsel, Karen O'Kasey, is currently in the midst of a two-week trial in *Laura Minthorne v. Legacy Health, et. al.*, Multnomah Co. Case No. 21CV49286. Additionally, Ms. O'Kasey and Moving Defendants' counsel, Taylor Lewis, have a four-day trial beginning on November 12, 2024, in *Marie Tyvoll v. City of Portland et. al.*, 3:20-cv-01878-IM (D. Or.).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 - LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S MOTION FOR EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

This motion is made in good faith and not for purposes of delay. Plaintiff filed the First Amended Complaint on October 7, 2024, and this is the Moving Defendants' first request for an extension. Moving defendants bring this motion without waiving any potential defense.

DATED this 29th day of October, 2024.

HART WAGNER, LLP

By: */s/ Taylor B. Lewis*
Karen O'Kasey, OSB No. 870696
kok@hartwagner.com
Taylor B. Lewis, OSB No. 164263
tbl@hartwagner.com
Zachariah H. Allen, OSB No. 122729
zha@hartwagner.com

*Of Attorneys for Defendants
Lake Oswego School District and
Lake Oswego School Board*

Page 3 -   LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S MOTION FOR EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT

HART WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2024, I served the foregoing **LAKE OSWEGO SCHOOL DISTRICT AND LAKE OSWEGO SCHOOL BOARD'S MOTION FOR EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT** on the following parties at the following addresses:

>Luke D. Miller
>Miller Bradley Law LLC
>1567 Edgewater St NW PMB 43
>Salem OR  97304
>office@millerbradleylaw.com
>
>M.E. Buck Dougherty III
>Liberty Justice Center
>Building 2
>13341 W. U.S. Highway 290
>Austin, TX  78737
>bdougherty@libertyjusticecenter.org
>   *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File system.

>                                  */s/ Taylor B. Lewis*
>                                    Taylor B. Lewis

Page 1 - **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile:  (503) 222-2301**