**Jonathan M. Radmacher**, OSB No. 924314
E-Mail: jonathanr@mcewengisvold.com
**Jason E. Bowman,** OSB No. 223584
E-Mail: jasonB@mcewengisvold.com
McEwen Gisvold LLP
1100 SW 6th Avenue, Suite 1600
Portland, OR 97204
Phone: (503) 226-7321
Fax: (503)243-2687

    Of Attorneys for Defendants
    Oregon School Activities Association and
    Marshall Haskins

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN PARKS**, <br><br> Plaintiff, <br><br> v. <br><br> **LAKE OSWEGO SCHOOL DISTRICT; LAKE OSWEGO SCHOOL BOARD; OREGON SCHOOL ACTIVITIES ASSOCIATION; PORTLAND PUBLIC SCHOOLS; and MARSHALL HASKINS, individually and *in his representative capacity for OREGON SCHOOL ACTIVITIES ASSOCIATION and PORTLAND PUBLIC SCHOOLS***, <br><br> Defendants. | Case No. 3:24-cv-1198-JR <br><br> **DECLARATION OF JONATHAN RADMACHER REGARDING DEFENDANT OREGON SCHOOL ACTIVITIES ASSOCIATION'S SPECIAL MOTION TO STRIKE** |

    I, Jonathan Radmacher, declare and state that the following is true and correct, and that I am competent to testify to it:

DECLARATION OF JONATHAN RADMACHER REGARDING DEFENDANT OREGON SCHOOL ACTIVITIES ASSOCIATION'S SPECIAL MOTION TO STRIKE
Page 1
Case No. 6:22-CV-01228-MC

McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600, Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile (503) 243-2687
Email: jonathanr@mcewengisvold.com

1. I have performed legal work for the Oregon School Activities Association ("the OSAA") for over 30 years, with regard to litigation with third parties, litigation with member schools, proceedings involving the State of Oregon, administrative proceedings, and work on changes to rules and policies.

2. For at least the last 30 years, the OSAA has been a private association of both public and private high schools.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 22nd day of November, 2024.

        *s/ Jonathan M. Radmacher*
        Jonathan M. Radmacher

DECLARATION OF JONATHAN RADMACHER REGARDING DEFENDANT OREGON SCHOOL ACTIVITIES ASSOCIATION'S SPECIAL MOTION TO STRIKE
Page 2
Case No. 6:22-CV-01228-MC

**McEWEN GISVOLD LLP**
1100 S.W. Sixth Avenue, Suite 1600, Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile (503) 243-2687
Email: jonathanr@mcewengisvold.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2024, served the within DECLARATION OF JONATHAN RADMACHER REGARDING DEFENDANT OREGON SCHOOL ACTIVITIES ASSOCIATION'S SPECIAL MOTION TO STRIKE on the persons listed below by the methods indicated below.

| | | |
|---|---|---|
| Buck Dougherty<br>Liberty Justice Center<br>7500 Rialto Boulevard<br>Suite 1-250<br>Austin, TX 78735<br>Telephone: (512) 481-4400<br>Email: bdougherty@libertyjusticecenter.org<br>    *Of Attorneys for Plaintiff John Parks* | ___<br>___<br>_X_<br>___ | U.S. Mail<br>Hand Delivery<br>E-file/E-serve<br>E-mail |
| Luke D. Miller<br>Miller Bradley Law, LLC<br>1567 Edgewater Street NW<br>Pmb 43<br>Salem, OR 97304<br>Telephone: (800) 392-5682<br>Email: luke@millerbradleylaw.com<br>    *Of Attorneys for Plaintiff John Parks* | ___<br>___<br>_X_<br>___ | U.S. Mail<br>Hand Delivery<br>E-file/E-serve<br>E-mail |
| Zachariah H. Allen<br>Taylor B. Lewis<br>Karen M. O'Kasey<br>Hart Wagner, LLP<br>1000 SW Broadway<br>Suite 2000<br>Portland, OR 97205<br>Telephone: (503) 222-4499<br>Email: zha@hartwagner.com<br>          tbl@hartwagner.com<br>          kok@hartwagner.com<br>    *Of Attorneys for Defendants Lake Oswego*<br>    *School Board and Lake Oswego School District* | ___<br>___<br>_X_<br>___ | U.S. Mail<br>Hand Delivery<br>E-file/E-serve<br>E-mail |

CERTIFICATE OF SERVICE                    U:\U\90085\90085-087 Parks, John\Pleadings\JMR Declaration for Motion to Strike.wpd

**McEWEN GISVOLD LLP**
**1100 S.W. Sixth Avenue, Suite 1600, Portland, Oregon 97204**
**Telephone: (503) 226-7321; Facsimile (503) 243-2687**
**Email: jonathanr@mcewengisvold.com**

Dated: November 22, 2024         MCEWEN GISVOLD LLP

By: *s/Jonathan M. Radmacher*
 Jonathan M. Radmacher, OSB No. 924314
 *Of Attorneys for Defendant Oregon School Activities Association*

CERTIFICATE OF SERVICE                             U:\U\90085\90085-087 Parks, John\Pleadings\JMR Declaration for Motion to Strike.wpd