**Jonathan M. Radmacher**, OSB No. 924314
E-Mail: jonathanr@mcewengisvold.com
McEwen Gisvold LLP
1100 SW 6th Avenue, Suite 1600
Portland, OR 97204
Phone: (503) 226-7321
Fax: (503)243-2687

*Of Attorneys for Defendant*
*Oregon School Activities Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN PARKS**,<br><br>Plaintiff,<br><br>v.<br><br>**LAKE OSWEGO SCHOOL DISTRICT; LAKE OSWEGO SCHOOL BOARD; OREGON SCHOOL ACTIVITIES ASSOCIATION; PORTLAND PUBLIC SCHOOLS; and MARSHALL HASKINS, individually and in his representative capacity for OREGON SCHOOL ACTIVITIES ASSOCIATION and PORTLAND PUBLIC SCHOOLS**,<br><br>Defendants. | Case No. 3:24-cv-1198-JR<br><br>**DEFENDANT OREGON SCHOOL ACTIVITIES ASSOCIATION'S RESPONSE TO PLAINTIFF'S OBJECTIONS** |

In its Motion for Summary Judgment [Dkt. 80], the Declarations in support thereof [Dkt. 81 and 82], and the Reply in Support of Summary Judgment [Dkt. 95], the Oregon School Activities Association ("OSAA") set forth in great detail both the factual and the legal reasons why neither the facts nor the law allowed for Plaintiff's claims against the OSAA, namely that

Marshall Haskins' statements were not within the scope of any authority of Mr. Haskins as a board member of the OSAA, Mr. Haskins was not acting as an agent of the OSAA, and there was no other basis under which a jury could find the OSAA liable for Mr. Haskins' statements. The U.S. Magistrate Judges' Findings and Recommendations set forth a detailed factual and legal analysis of Plaintiff's attempts to hold the OSAA vicariously liable for statements made by Mr. Haskins, properly rejecting those claims. [Dkt. 100 at 29-32]

In his Objections, Plaintiff narrows his argument based upon the principle that one is vicariously liable for the actions of a servant acting within the scope of employment. [Dkt. 102 at 11-12] While an accurate statement of the law, Plaintiff's Objections fail to account for the absence of any question of fact, because (a) Mr. Haskins is not and was not the OSAA's employee or servant, and (b) Mr. Haskins neither had the authority to act on behalf of the OSAA, nor purported to act on behalf of the OSAA. [Declaration of Peter Weber at 2, ¶ 2, Dkt. 81] Indeed, it was undisputed that <u>no</u> board member of the OSAA has the authority to act for the OSAA – board members simply vote on matters that are executed by staff/employees. Based upon that analysis alone, it was proper to grant the OSAA's Motion for Summary Judgment.

In the alternative, the OSAA joins in Defendant PPS' motion and arguments, that Mr. Haskins' statements were not defamatory and/or were covered by the applicable privilege. In any case, the Findings and Recommendations should be adopted.

Dated: June 22, 2026. MCEWEN GISVOLD LLP

By: *s/ Jonathan M. Radmacher*
Jonathan M. Radmacher, OSB No. 924314
*Of Attorneys for Defendant Oregon School Activities Association*


**McEWEN GISVOLD LLP**
**1100 S.W. Sixth Avenue, Suite 1600, Portland, Oregon 97204**
**Telephone: (503) 226-7321; Facsimile (503) 243-2687**
**Email: jonathanr@mcewengisvold.com**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2026, I e-served the within **DEFENDANT OREGON SCHOOL ACTIVITIES ASSOCIATION'S RESPONSE TO PLAINTIFF'S OBJECTIONS** on the persons listed below through the Court's CM/ECF electronic filing system.

Tim Edward Kilkullen
Brendan Joseph Phibin
Liberty Justice Center
440 N. Wells St., Ste. 200
Chicago, IL 12601
Telephone: 312-637-2280
Email: dmcgee@libertyjusticecenter.org

*Of Attorneys for Plaintiff John Parks*
*Pro Hac Vice*

Luke D. Miller
Miller Bradley Law, LLC
1567 Edgwater Street NW, Pmb 43
Salem, OR 97304
Telephone: (800) 392-5682
Email: luke@millerbradleylaw.com

*Of Attorneys for Plaintiff John Parks*

Zachariah H. Allen
Taylor B. Lewis
Karen M. O'Kasey
Hart Wagner, LLP
1000 SW Broadway, Ste. 2000
Portland, OR 97205
Telephone: (503) 222-4499
Email: zha@hartwagner.com
tbl@hartwagner.com
kok@hartwagner.com

*Of Attorneys for Defendants Lake Oswego School Board and Lake Oswego School District*

Beth Plass
Karen M. Vickers
Vickers Plass LLC
5200 SW Meadow Rd., Ste. 150
Lake Oswego, OR 97035
Telephone: (503) 726-5975
Email: bplass@vickersplass.com
kvickers@vickersplass.com

*Of Attorneys for Defendants Marshall Haskins and Portland Public Schools*

DATED this 22nd day of June, 2026.

MCEWEN GISVOLD LLP

By: *s/ Jonathan M. Radmacher*
Jonathan M. Radmacher, OSB No. 924314
*Of Attorneys for Defendant Oregon School Activities Association*


U:\U\90085\90085-087 Parks, John\Pleadings\Defendant OSAA's Response to Plaintiff's Objections.wpd

**McEWEN GISVOLD LLP**
**1100 S.W. Sixth Avenue, Suite 1600, Portland, Oregon 97204**
**Telephone: (503) 226-7321; Facsimile (503) 243-2687**
**Email: jonathanr@mcewengisvold.com**