***UNITED STATES DISTRICT COURT***
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | September 17, 2026 |
| Case Number: | 3:24−cv−01198−SI |
| Case Title: | Parks v. Lake Oswego School District et al |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Jolie A. Russo to the Honorable Michael H. Simon, United States District Judge. Information on this case may be obtained from the following:

| | |
|---|---|
| Case Status or Scheduling Information: | Telephone: 503−326−8034<br>Email: simon_crd@ord.uscourts.gov |
| Filing or Docket Entry Information: | Telephone: 503−326−8050 |

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Simon's initials (SI) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc: Judge Simon
Counsel of Record